IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In Re:      RIGOBERTO CRUZ            *    Chapter 13

        Debtor                      *    Case No. 12-11236-RGM

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 PROCEEDINGS

COMES NOW the Debtor, Rigoberto Cruz, and pursuant to 11 U.S.C. § 1307(b), move s this Court to voluntarily dismiss this Chapter 13 bankruptcy proceeding.

    /S/ Robert L Vaughn, Jr
Robert L. Vaughn, Jr., VSB 20633
11490 Commerce Park Dr.,   Suite 510
Reston, VA 20191
703-689-2100
Counsel for Debtor

## Certificate of Service:

I hereby certify that on the 4th day of June, 2014, I served the foregoing parties via first class mail:

Mark D. Meyer                               Thomas P. Gorman, Trustee
Rosenberg & Associates                      300 N. Washington Street
7910 Woodmont Avenue, Suite 750             Alexandria, VA
Bethesda, MD 208014

    /s/ Robert L. Vaughn, Jr.